|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| SANDRA ALVAREZ, | Case No.: 1:21-cv-1711 JLT |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Sandra Alvarez seeks to proceed *in forma pauperis* in this action for judicial review of the administrative decision denying an pplication for Social Security benefits. The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). Plaintiff completed an application and affidavit on December 3, 2021. (Doc. 2) However, the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

In the application, Plaintiff reports that she is unemployed and has no income. (Doc. 2 at 1.) She indicated she does not have any money in a checking or savings account. (*Id*.) Furthermore, Plaintiff notes she does not possess real estate, stocks, bonds, securities, other financial instruments, artwork, an automobile, or other things of value. (*Id*.) Consequently, the Court is unable to determine how Plaintiff is supporting herself, or if Plaintiff is dependent upon another individual who would be

1

able to pay the filing fee.

Accordingly, **within 14 days**, Plaintiff is **ORDERED** to file an amended application that explains how Plaintiff is supporting herself. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff is warned that failure to comply with this order may result in denial of her application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **December 7, 2021**            _ **/s/ Jennifer L. Thurston**
                                         CHIEF UNITED STATES MAGISTRATE JUDGE